UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| JOHN D. HAYWOOD,<br><br>    Plaintiff,<br><br>v.<br><br>ST. MICHAEL'S COLLEGE,<br>LOGAN R. SPILLANE, and<br>CHRISTOPHER HARDY,<br><br>    Defendants. | Civil Action No. 2:12-cv-164<br>**Jury Demand** |

### STUDENTS' SPECIAL MOTION TO STRIKE SLAPP SUIT

Defendant LOGAN R. SPILLANE, and CHRISTOPHER HARDY (hereafter "the students"), by and through their attorney of record, WILLIAM B. TOWLE, ESQ., hereby submits this Special Motion to Strike SLAPP Suit pursuant to 12 V.S.A. § 1041 and accompanying brief.

WHEREBY, the students respectfully requests that this Court grant Students' Special Motion to Strike, dismiss the state law claims of libel, and award costs and reasonable attorney's fees to the students for all work associated with litigating these claims. 12 V.S.A. § 1041(0(1) ("If the court grants the special motion to strike, the court shall award costs and reasonable attorney's fees to the defendant.").

1

Dated at South Burlington, Vermont, September 24, 2012.

>WARD & BABB
>Attorneys for  LOGAN R. SPILLANE, and
>CHRISTOPHER HARDY
>
>By: /s/ William B. Towle
>William B. Towle, Esq.
>3069 Williston Road
>South Burlington, VT 05403
>(802) 863-0307

F:\Client Docs\Spillane Logan\General\120924 Special Motion to Strike.wpd