UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF VERMONT



John D. Haywood,

    Plaintiff

v.

    Case No.: 2:12-CV-164

St. Michael's College, Logan R. Spillane,
Christopher Hardy,

    Defendants

## NOTICE OF APPEAL

Notice is hereby given that John D. Haywood, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order granting Defendants' Motions to Dismiss and awarding attorney's fees dated December 14. 2012.

Date: December 27, 2012

John D. Haywood
3116 Ciornwall Road
Durham, NC 277707-5102

## Certificate of Service

I, John D. Haywood, certify that on December 27, 2012, I served a copy of the foregoing Plaintiff's Notice of Appeal by mailing a copy thereof via U. S. first class, postage prepaid mail, to counsel of record as follows:

Jeff Nolan, Esq.  
Dinse, Knapp & McAndrew  
209 Battery Street  
P. O. Box 988  
Burlington, VT 05402-0988

William B. Towle, Esq.  
Ward and Babb  
3069 Williston Road  
South Burlington, VT 05403

_John D. Haywood_  
John D. Haywood, Pro Se, 3116 Cornwall Road, Durham, NC 27707-5102  
(919) 489-5202