UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| JOHN D. HAYWOOD, | ) | Circuit  No. 13-82-cv |
|     Plaintiff/Appellant, | ) | |
| | ) | District No. 2:12-cv-164 |
| vs. | ) | |
| | ) | |
| ST. MICHAEL'S COLLEGE, | ) | |
| LOGAN R. SPILLANE, | ) | |
| CHRISTOPHER HARDY, | ) | |
|     Defendants/Apellees. | ) | |

INDEX

A.      Certified copy of docket entries.

1 - 44.      District Court Electronic Documents.
              All filed documents are accessible through CM/ECF.

B.      Clerk's Certification.


APPEAL,CLOSED,ENE4,L.R. 73

# U.S. District Court
## District of Vermont (Burlington)
### CIVIL DOCKET FOR CASE #: 2:12−cv−00164−jmc

| | |
|---|---|
| Haywood v. St. Michael's College et al | Date Filed: 07/24/2012 |
| Assigned to: Judge John M. Conroy | Date Terminated: 01/11/2013 |
| Demand: $50,000,000 | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity−Libel, Assault, Slander | Nature of Suit: 320 Assault Libel & Slander |
| | Jurisdiction: Diversity |

**Plaintiff**

**John D. Haywood**     represented by    **John D. Haywood**
3116 Cornwall Road
Durham, NC 27707−5102
(919) 489−5202
PRO SE

V.

**Defendant**

**St. Michael's College**     represented by    **Jeffrey J. Nolan , Esq.**
Dinse, Knapp & McAndrew, P.C.
209 Battery Street
P.O. Box 988
Burlington, VT 05402−0988
(802) 864−5751
Fax: (802) 862−6409
Email: jnolan@dinse.com
*ATTORNEY TO BE NOTICED*

**W. Scott Fewell**
Dinse, Knapp & McAndrew, P.C.
209 Battery Street
P.O. Box 988
Burlington, VT 05402−0988
(802) 864−5751
Email: sfewell@dinse.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Logan R. Spillane**     represented by    **William B. Towle**
Ward & Babb
3069 Williston Road
South Burlington, VT 05403
(802) 863−0307
Fax: (802) 863−4587
Email: towle@wardandbabb.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher Hardy**     represented by    **William B. Towle**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2012 | 1 | COMPLAINT against Christopher Hardy, Logan R. Spillane, St. Michael's College filed by John D. Haywood. Waivers and LR 73 Forms issued. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Civil Cover Sheet)(hbc) (Entered: |

| | | |
|---|---|---|
| | | 07/24/2012) |
| 07/24/2012 | 2 | NOTICE OF PRO SE APPEARANCE by John D. Haywood.(hbc) (Entered: 07/24/2012) |
| 08/06/2012 | 3 | CONSENT to Direct Assignment. (Attachments: # 1 Certificate of Service)(hbc) (Entered: 08/06/2012) |
| 08/06/2012 | 4 | CERTIFICATE OF SERVICE by John D. Haywood re 1 Complaint. (Attachments: # 1 AO 398 Notices, # 2 AO 399 Waivers, # 3 Envelopes)(hbc) (Entered: 08/06/2012) |
| 09/06/2012 | | ISSUED Summonses as to Christopher Hardy, Logan R. Spillane.(hbc) (Entered: 09/06/2012) |
| 09/10/2012 | 5 | WAIVER OF SERVICE Returned Executed: St. Michael's College waiver sent on 8/1/2012, answer due 10/1/2012.(law) (Entered: 09/10/2012) |
| 09/14/2012 | 6 | CONSENT to Direct Assignment. (hbc) (Entered: 09/14/2012) |
| 09/24/2012 | 7 | MOTION to Dismiss Case as Frivolous *under anti−SLAPP statute* filed by Christopher Hardy, Logan R. Spillane.(Towle, William) (Entered: 09/24/2012) |
| 09/24/2012 | 8 | BRIEF in Support of 7 MOTION to Dismiss Case as Frivolous *under anti−SLAPP statute* filed by Christopher Hardy, Logan R. Spillane.(Towle, William) Docket text clarified on 9/24/2012 (law). (Entered: 09/24/2012) |
| 09/24/2012 | 9 | MOTION for Extension of Time *for Briefing* re: 7 MOTION to Dismiss Case as Frivolous under anti−SLAPP statute filed by Christopher Hardy, Logan R. Spillane.(Towle, William) Link added, text clarified on 9/24/2012 (law). (Entered: 09/24/2012) |
| 09/24/2012 | 10 | CERTIFICATE OF SERVICE by Christopher Hardy, Logan R. Spillane re 9 MOTION for Extension of Time *for Briefing* , 7 MOTION to Dismiss Case as Frivolous *under anti−SLAPP statute*, 8 Brief in Support of 7 MOTION to Dismiss Case as Frivolous *under anti−SLAPP statute* (Towle, William) Text clarified on 9/24/2012 (law). (Entered: 09/24/2012) |
| 09/24/2012 | 11 | NOTICE OF APPEARANCE by Jeffrey James Nolan on behalf of St. Michael's College(Nolan, Jeffrey) (Entered: 09/24/2012) |
| 09/24/2012 | 12 | SPECIAL MOTION to Strike 1 Complaint filed by St. Michael's College.(Nolan, Jeffrey) Link added on 9/25/2012 (law). (Entered: 09/24/2012) |
| 09/25/2012 | 13 | ORDER denying without prejudice to renew 9 MOTION for Extension of Time for Briefing re: 7 Motion to Dismiss Case as Frivolous under anti−SLAPP statute for failure to comply with the requirements of L.R. 7(a)(7). Signed by Judge John M. Conroy on 9/25/2012. (This is a text only Order.) (hbc) (Entered: 09/25/2012) |
| 09/25/2012 | 14 | NOTICE OF APPEARANCE by William B. Towle on behalf of Christopher Hardy, Logan R. Spillane. (Towle, William) (Entered: 09/25/2012) |
| 09/26/2012 | 15 | MOTION to Dismiss filed by St. Michael's College.(Fewell, W.) (Entered: 09/26/2012) |
| 10/01/2012 | 16 | MOTION to Dismiss filed by Christopher Hardy, Logan R. Spillane.(Towle, William) (Entered: 10/01/2012) |
| 10/01/2012 | 17 | MOTION for Joinder re: 16 Motion to Dismiss filed by St. Michael's College.(Fewell, W.) Link added on 10/2/2012 (jlh). (Entered: 10/01/2012) |
| 10/09/2012 | 18 | RESPONSE in Opposition re 12 Special Motion to Strike 1 Complaint filed by John D. Haywood. (hbc) Link added on 10/11/2012 (jlh). (Entered: 10/09/2012) |
| 10/10/2012 | 19 | AMENDED COMPLAINT against Christopher Hardy, Logan R. Spillane, St. Michael's College filed by John D. Haywood. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Certificate of Service)(hbc) (Entered: 10/10/2012) |

| | | |
|---|---|---|
| 10/11/2012 | 20 | ORDER: Defts St. Michael's College and Logan R. Spillane are to comply with LR 73(c) on or before 10/22/2012. Signed by Judge John M. Conroy on 10/11/2012. (jjj) Text clarified on 10/11/2012 (jlh). (Entered: 10/11/2012) |
| 10/12/2012 | 21 | CONSENT to Direct Assignment. (Fewell, W.) (Entered: 10/12/2012) |
| 10/12/2012 | 22 | CONSENT to Direct Assignment. (Towle, William) (Entered: 10/12/2012) |
| 10/16/2012 | 23 | RENEWED MOTION to Dismiss filed by St. Michael's College.(Fewell, W.) (Entered: 10/16/2012) |
| 10/16/2012 | 24 | REPLY to Response to 12 MOTION to Strike *Special Motion to Strike 1 Complaint* filed by St. Michael's College. (Fewell, W.) (Entered: 10/16/2012) |
| 10/19/2012 | 25 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by St. Michael's College. (Fewell, W.) (Entered: 10/19/2012) |
| 10/19/2012 | 26 | RENEWED SPECIAL MOTION to Strike *SLAPP Suit* and RENEWED MOTION to Dismiss filed by Christopher Hardy, Logan R. Spillane.(Towle, William). Added MOTION to Strike on 10/21/2012 (law). (Entered: 10/19/2012) |
| 10/19/2012 | 27 | MOTION to Renew 12 SPECIAL MOTION to Strike *1 Complaint* filed by St. Michael's College.(Fewell, W.) Text clarified on 10/21/2012 (law). (Entered: 10/19/2012) |
| 10/31/2012 | 29 | RESPONSE in Opposition re 26 RENEWED SPECIAL MOTION to Strike SLAPP Suit and RENEWED MOTION to Dismiss filed by John D. Haywood. (hbc) (Entered: 11/01/2012) |
| 11/01/2012 | 28 | NOTICE of Hearing re: 27 Motion to Renew 12 Special to Strike 1 Complaint 16 Motion to Dismiss, 26 Renewed Special Notice to Strike SLAPP Suit and Renewed Motion to Dismiss, 7 Motion to Dismiss Case as Frivolous Under Anti−SLAPP Statute, 23 Renewed Motion to Dismiss, 12 Motion to Strike Special Motion to Strike 1 Complaint, 15 Motion to Dismiss, 17 Motion for Joinder re: 16 Motion to Dismiss. Motion Hearing set for 11/28/2012 01:30 PM in Burlington Courtroom 440 before Judge John M. Conroy.(jjj) Text clarified on 11/2/2012 (jlh). (Entered: 11/01/2012) |
| 11/02/2012 | 30 | REPLY to Response to 23 RENEWED MOTION to Dismiss, 27 MOTION to Renew 12 MOTION to Renew 12 Special Motion to Strike 1 Complaint filed by St. Michael's College. (Scherr, David) Text clarified on 11/4/2012 (law). (Entered: 11/02/2012) |
| 11/16/2012 | 31 | AFFIDAVIT of John D. Haywood by John D. Haywood. (Attachments: # 1 Concord Monitor Articles)(hbc) (Entered: 11/16/2012) |
| 11/28/2012 | 32 | MINUTE ENTRY for proceedings held before Judge John M. Conroy. Pltf present pro se; Jeffrey Nolan, Esq. and W.Scott Fewell, Esq. present for deft St. Michael's College; William Towle, Esq. present for defts Spillane and Hardy. Motion Hearing held on 11/28/2012. ORDERED: 12 Special Motion to Strike 1 Complaint, 23 Renewed Motion to Dismiss, 16 Motion to Dismiss, 15 Motion to Dismiss, 7 Motion to Dismiss Case as Frivolous under anti−SLAPP statute, 27 Motion to Renew 12 Special Motion to Strike and 26 Renewed Special Motion to Strike are taken under advisement. 17 Motion for Joinder re: 16 Motion to Dismiss is granted. Parties may file Supplemental/Post Hearing Memoranda by 12/5/2012. (Court Reporter: recorded) (jjj) Text clarified on 12/5/2012 (jlh). (Entered: 11/28/2012) |
| 11/28/2012 | | Motions Taken Under Advisement: 12 MOTION to Strike *Special Motion to Strike 1 Complaint*, 27 MOTION to Renew 12 SPECIAL MOTION to Strike *1 Complaint*, 23 RENEWED MOTION to Dismiss, 16 MOTION to Dismiss, 26 RENEWED SPECIAL MOTION to Strike SLAPP Suit and RENEWED MOTION to Dismiss, 15 MOTION to Dismiss, 7 MOTION to Dismiss Case as Frivolous under anti−SLAPP statute at 11/28/2012 hearing. (jjj) (Entered: 11/28/2012) |
| 12/04/2012 | 33 | ADDITIONAL RESPONSE re 7 , 15 , and 16 Motions to Dismiss filed by John D. Haywood. (hbc) (Entered: 12/04/2012) |

| | | |
|---|---|---|
| 12/05/2012 | 34 | SUPPLEMENTAL DOCUMENT re 7 , 15 , and 16 Motions to Dismiss by St. Michael's College. (Fewell, W.) Links modified on 12/5/2012 (law). (Entered: 12/05/2012) |
| 12/14/2012 | 35 | OPINION AND ORDER: Defendants' 7 MOTION to Dismiss Case as Frivolous under anti–SLAPP statute, 12 SPECIAL MOTION to Strike, 15 and 16 MOTIONS to Dismiss are DENIED AS MOOT. Defendants' 23 and 26 RENEWED MOTIONS to Dismiss, and 26 and 27 RENEWED SPECIAL MOTIONS to Strike SLAPP Suit are GRANTED. Plaintiff is ORDERED to pay all costs and reasonable attorneys fees incurred by Defendants in this litigation. Parties' stipulation as to the amount of fees and costs due within 30 days of this Order. Signed by Judge John M. Conroy on 12/14/2012. (hbc) (Entered: 12/14/2012) |
| 12/17/2012 | 36 | OFFER of Additional Evidence re: 33 Additional Response re 7 , 15 , and 16 Motions to Dismiss by John D. Haywood. (hbc) (Entered: 12/18/2012) |
| 01/02/2013 | 37 | STIPULATED *Judgment for Attorney's Fees and Costs* by St. Michael's College. (Fewell, W.) (Entered: 01/02/2013) |
| 01/02/2013 | 38 | CERTIFICATE OF SERVICE by St. Michael's College re 37 Stipulated Judgment for Attorney's Fees (Fewell, W.) Text clarified on 1/3/2013 (jlh). (Entered: 01/02/2013) |
| 01/02/2013 | 39 | STIPULATION *Corrected Stipulated Judgment for Attorney's Fees and Costs* by St. Michael's College. (Fewell, W.) (Entered: 01/02/2013) |
| 01/02/2013 | 40 | NOTICE OF PRO SE INTERLOCUTORY APPEAL as to 35 Opinion and Order by John D. Haywood. Filing fee $ 455. Paid, R#4682008235. (gmg) Text clarified on 1/2/2013 (law). (Entered: 01/02/2013) |
| 01/03/2013 | 41 | STIPULATION AND ORDER for Attorney's Fees and Costs. Signed by Judge John M. Conroy on 1/3/2013. (hbc) (Entered: 01/03/2013) |
| 01/04/2013 | 42 | SATISFACTION OF JUDGMENT re 41 Stipulation and Order as to SPILLANE and HARDY by Christopher Hardy, Logan R. Spillane. (Towle, William) (Entered: 01/04/2013) |
| 01/07/2013 | 43 | SATISFACTION OF JUDGMENT re 41 Stipulation and Order for Attorney's Fees and Costs by St. Michael's College. (Fewell, W.) Text clarified on 1/8/2013 (jlh) (Entered: 01/07/2013) |
| 01/11/2013 | 44 | JUDGMENT entered against Plaintiff John D. Haywood in favor of Defendants St. Michael's College, Logan R. Spillane, and Christopher Hardy. Plaintiff to pay attorney's fees and costs to Defendant St. Michael's College in the amount of Sixteen Thousand Seven Hundred Twenty–Four Dollars and Twenty Cents ($16,724.20); and Defendants Logan R. Spillane and Christopher Hardy in the amount of Six Thousand Six Hundred Twelve Dollars ($6,612). Signed by Deputy Clerk on 1/11/2013. (Attachments: # 1 Notice to Litigants (appeal period expires 3/12/2013))(hbc) (Entered: 01/11/2013) |

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| JOHN D. HAYWOOD, | ) | |
|     Plaintiff/Appellant, | ) | Circuit No. 13-82-cv |
| | ) | |
| vs. | ) | District No. 5:12-cv-164 |
| | ) | |
| ST. MICHAEL'S COLLEGE, | ) | |
| LOGAN R. SPILLANE, | ) | |
| CHRISTOPHER HARDY, | ) | |
|     Defendants/Appellees. | ) | |

    I, Jeffrey S. Eaton, Clerk of the United States District Court for the District of Vermont, hereby certify that the foregoing copy of the relevant docket entries comprises the index of the original documents numbered from 1 to 44, constitutes the Record on Appeal.

    In Testimony whereof, I have hereunto subscribed my name and affixed the Seal of the aforesaid Court at Burlington, Vermont, this 14th day of January, 2013.

JEFFREY S. EATON
Clerk of Court

By: /s/Gail Greenia
Deputy Clerk